UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
S.A.                                             :

        Plaintiff,                  :        ORDER

   -v.-                                          :
                                                               22 Civ. 10104 (JPO) (GWG)
COMMISSIONER OF SOCIAL SECURITY      :
ADMINISTRATION,
                                                     :
        Defendant.
------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

    On or before June 8, 2023, the parties shall file a jointly-composed letter indicating their position as to the due date of the filing of the administrative record in this case

    SO ORDERED.

Dated: June 1, 2023
       New York, New York

                                            _____
                                            GABRIEL W. GORENSTEIN
                                            United States Magistrate Judge